**U.S. BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE: KATHLEEN A. YOUNG** | : | **CHAPTER 13** |
| | : | |
| **Debtor** | : | **NO. 26-14502** |

# ORDER

AND NOW, this 12th day of Nov., 2026, upon consideration of the Motion for Extension of Time filed by Paul H. Young, Esquire, Attorney for Debtor, it is hereby ORDERED that the Debtor be granted an extension to **November 24, 2026** in which to file the Debtors' Schedules, Statement of Financial Affairs, Form 122C-1, and Chapter 13 Plan.

____________________________ J.
Ashely M. Chan
Chief U.S. Bankruptcy Judge